**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MONTANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **White River Contracting LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Rocky Mountain Log Homes <br> DBA  Rocky Mountain Homes <br> DBA  Whisper Creek Log Homes <br> DBA  Rocky Mountain Lumber Company <br> FDBA  White River Construction LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4016578 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1883 Highway 93 South** <br> **Hamilton, MT 59840** <br> Number, Street, City, State & ZIP Code <br><br> **Ravalli** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor __White River Contracting LLC__   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **White River Contracting LLC**                     Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - [ ] It needs to be physically secured or protected from the weather.
  - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - [ ] Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - [ ] No
  - [ ] Yes.  Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [✓] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor __White River Contracting LLC__          Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November  3, 2020**
              MM / DD / YYYY

**X** **/s/ Craig Rostad**                                              **Craig Rostad**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Matt Shimanek**                      Date  **November  3, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Matt Shimanek**
Printed name

**Shimanek Law PLLC**
Firm name

**317 East Spruce Street**
**Missoula, MT 59802**
Number, Street, City, State & ZIP Code

Contact phone  **406-544-8049**     Email address  **matt@shimaneklaw.com**

**6605 MT**
Bar number and State

Fill in this information to identify the case:

Debtor name: **White River Contracting LLC**

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 650448 Dallas, TX 75265 | | Credit card | | | | $70,000.00 |
| **Ascentium Capital** 23970 Hwy 59 North Kingwood, TX 77339 | | Money loaned | | | | $203,101.00 |
| **Beacon Roof Supply Inc.** 505 Huntmar Park Drive Suite #300 Herndon, VA 20170 | | Trade debt | | | | $69,566.00 |
| **Big Sky Insulation** PO Box 838 Belgrade, MT 59714 | | Judgment for case DV-20-190 | | | | $46,386.24 |
| **Browning Kaleczyc Berry & Hoven PC** 201 Railroad Street West #300 Missoula, MT 59802 | | Legal services | | | | $59,496.73 |
| **Chase Bank USA NA** PO Box 15298 Wilmington, DE 19850 | | Credit card | | | | $38,856.00 |
| **Earth Elements Design Center** 12 Penny Lane Gallatin Gateway, MT 59730 | | Breach of contract claim | Unliquidated Disputed | | | $57,884.95 |
| **Galle Plumbing and Heating** 520 East Park Ave. Anaconda, MT 59711 | | Judgment for case DV-20-123 | | | | $39,732.56 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **White River Contracting LLC**                                 Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gerry Arambula**<br>2417 Noth 44th Street<br>Seattle, WA 98103 | | **Breach of contract claim** | Unliquidated<br>Disputed | | | $119,063.00 |
| **ICON Group Corp.**<br>Kenney Law PC<br>Attn: Chris Kenney<br>3650 South Yosemite Street<br>Denver, CO 80237 | | **Breach of contract claim** | Unliquidated<br>Disputed | | | $114,175.00 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **941 Payroll Tax Liability** | | | | Unknown |
| **Jules and Assoc.**<br>515 South Figueroa Street<br>Suite 1900<br>Los Angeles, CA 90071 | | **Lease** | | | | $67,261.00 |
| **KC Jones**<br>PO Box 165<br>Monroe, UT 84754 | | **Trade debt** | | | | $39,722.50 |
| **Montana Department of Commerce**<br>PO Box 200505<br>301 South Park Ave.<br>Helena, MT 59620 | | **Montana Wood Products Assistance Program** | | | | $359,434.00 |
| **Montana Department of Revenue**<br>PO Box 7701<br>Helena, MT 59604-7701 | | **Employment taxes** | | | | Unknown |
| **Mountain Log Homes of Colorado**<br>619 Main Street<br>Frisco, CO 80443 | | **Business Debt** | | | | $47,291.44 |
| **Mountain Village Development LLC**<br>C/O Garlington Lohn & Robinson PLLP<br>350 Ryman Street<br>PO Box 7909<br>Missoula, MT 59807 | | **Breach of contract claim** | Unliquidated<br>Disputed | | | $4,000,000.00 |
| **Rocky Mountain Bank**<br>2615 King Ave. West<br>Billings, MT 59108 | | **Credit card** | | | | $350,000.00 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **White River Contracting LLC**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rocky Mountain Bank**<br>**2615 King Ave. West**<br>**Billings, MT 59108** | | **Money loaned** | | | | **$200,000.00** |
| **U.S. Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | **EIDL distaster loan** | | | | **$150,000.00** |

GM Financial
PO Box 78143
Phoenix, AZ 85062

Alpine River Craftsman Company
1751 North Lake Ave.
Estes Park, CO 80517

Colbert Electric Inc.
805 East Commercial Ave.
Anaconda, MT 59711

Ravalli County Treasurer
215 South 4th Street
Suite H
Hamilton, MT 59840

American Express
PO Box 650448
Dallas, TX 75265

Cotner Law PLLC
2700 Radio Way
Missoula, MT 59808

Rocky Mountain Bank
2615 King Ave. West
Billings, MT 59108

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339

Earth Elements Design Center
12 Penny Lane
Gallatin Gateway, MT 59730

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217

Beacon Roof Supply Inc.
505 Huntmar Park Drive
Suite #300
Herndon, VA 20170

EPTC LLC
C/O Holland and Hart
Attn: Matt Kim-Miller
PO Box 68
Jackson, WY 83001

Idaho State Tax Commission
11321 West Chinden Blvd.
Boise, ID 83714

Big Sky Insulation
PO Box 838
Belgrade, MT 59714

Galle Plumbing and Heating
520 East Park Ave.
Anaconda, MT 59711

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Browning Kaleczyc Berry & Hoven PC
201 Railroad Street West
#300
Missoula, MT 59802

GCI Company
C/O Elkhorn Law Office LLC
Attn: Carl Robicheaux
PO Box 1494
Estes Park, CO 80517

Montana Department of Revenue
PO Box 7701
Helena, MT 59604-7701

Builders FirstSource
2001 Bryan Street
Suite 1600
Dallas, TX 75201

Gerry Arambula
2417 Noth 44th Street
Seattle, WA 98103

Montana State Fund
PO Box 4759
Helena, MT 59604

Capital One
PO Box 60599
City of Industry, CA 91716

Home Depot
1000 Technology Drive
O Fallon, MO 63368

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Chase Bank USA NA
PO Box 15298
Wilmington, DE 19850

HYG Financial Services
PO Box 14545
Des Moines, IA 50306

| | | |
|---|---|---|
| ICON Group Corp.<br>Kenney Law PC<br>Attn: Chris Kenney<br>3650 South Yosemite Street<br>Denver, CO 80237 | R&S Supply<br>4480 Expressway<br>Missoula, MT 59808 | Goetz, Baldwin & Geddes PC<br>Attn: J. Devlan Geddes<br>35 North Grand Ave.<br>PO Box 6580<br>Bozeman, MT 59771 |
| Jules and Assoc.<br>515 South Figueroa Street<br>Suite 1900<br>Los Angeles, CA 90071 | Routh Enterprises Inc.<br>1255 OK 3<br>Broken Bow, OK 74728 | Holland & Hart LLP<br>Attn: Mr. Shane Coleman<br>PO Box 639<br>Billings, MT 59103 |
| KC Jones<br>PO Box 165<br>Monroe, UT 84754 | Steve & Lee Ann Cadwallader<br>315 Hollowbrook Driver<br>Carlisle, PA 17013 | Jaffe & Asher LLP<br>Attn: Mr. Dennis Pons<br>600 Third Ave.<br>New York, NY 10016 |
| Minot Building Supply<br>2626 West Burdick Expy<br>Minot, ND 58701 | Stonecraft LLC<br>3589 Hwy 93 South<br>Kalispell, MT 59901 | Viscomi, Gersh, Simpson & Joos<br>Attn: Brian Joos<br>121 Wisconsin Ave.<br>Whitefish, MT 59937 |
| Montana Department of Commerce<br>PO Box 200505<br>301 South Park Ave.<br>Helena, MT 59620 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | |
| Mountain Log Homes of Colorado<br>619 Main Street<br>Frisco, CO 80443 | United Rentals NA<br>C/O Jacqueline Martinez<br>1119 West Southern Ave.<br>Suite 200<br>Mesa, AZ 85201 | |
| Mountain Village Development LLC<br>C/O Garlington Lohn & Robinson PLLP<br>350 Ryman Street<br>PO Box 7909<br>Missoula, MT 59807 | Vandermeer Forest Products<br>8801 South 187th Street<br>Kent, WA 98031 | |
| Northwestern Energy<br>Butte, MT 59707 | Baird Holm LLP<br>1700 Farnam Street<br>Suite 1500<br>Omaha, NE 68102 | |
| Patten Peterman Bekkedahl and Green<br>2817 2nd Ave. North<br>Suite 300<br>Billings, MT 59101 | Brown Law Firm PC<br>Attn: Robert Sterup<br>315 North 24th Street<br>Billings, MT 59101 | |

# United States Bankruptcy Court
## District of Montana

In re  **White River Contracting LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **White River Contracting LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 3, 2020**
Date

**/s/ Matt Shimanek**
**Matt Shimanek**
Signature of Attorney or Litigant
Counsel for **White River Contracting LLC**
Shimanek Law PLLC
317 East Spruce Street
Missoula, MT 59802
406-544-8049
matt@shimaneklaw.com