**Fill in this information to identify the case:**

Debtor name    **White River Contracting LLC**

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)    **9:20-bk-90251**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2020**     X **/s/ Craig Rostad**
Signature of individual signing on behalf of debtor

**Craig Rostad**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **White River Contracting LLC**

United States Bankruptcy Court for the: DISTRICT OF MONTANA

Case number (if known) **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $   **3,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $   **4,607,624.31**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $   **7,607,624.31**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **8,620,226.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **417,107.85**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **8,557,795.60**

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                                                                             $   **17,595,129.75**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **White River Contracting LLC**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$43,000.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **First Interstate Bank. Account balance as of 11/3/2020** | Checking | 9656 | $5,996.63 |
| 3.2.  **First Interstate Bank. Account balance as of 11/3/2020** | Checking | 1025 | $4,212.68 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $53,209.31 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Debtor   **White River Contracting LLC**                        Case number *(If known)*  **9:20-bk-90251**
_____Name_____

11.    **Accounts receivable**

11a. 90 days old or less:        **1,748,990.00**     -              **0.00**   = ....         **$1,748,990.00**
_____     _____
         face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              | **$1,748,990.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

19.    **Raw materials**

20.    **Work in progress**
       **Work in progress and raw materials.**   10/31/2020   $0.00   Comparable sale   $589,025.00

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                              | **$589,025.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | | Case number *(If known)* | **9:20-bk-90251** |
| | Name | | | |

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. office equipment, furniture and computers.** | **$0.00** | **Liquidation** | **$5,000.00** |

| | | | |
|---|---|---|---|
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attachement A - Capital Equipment list and valuation prepared by Reliant Equipment Appraisals on 3/13/2020. Appraisal conducted on behalf of creditor Rocky Mountain Bank. List is inclisive of both titled vehicles, trailers and other capital equipement. Valuation is liquidation value.** | **$0.00** | **Liquidation** | **$2,165,900.00** |
| 47.2. **Chevrolet Silverado 2500 Pickup Truck, 2018. Item is listed in Exhibit A.** | **$0.00** | **Liquidation** | **$19,500.00** |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm** | |

Debtor **White River Contracting LLC**                    Case number *(if known)* **9:20-bk-90251**
Name

| machinery and equipment)<br>See attachement A - Capital Equipment list and valuation prepared by Reliant Equipment Appraisals on 3/13/2020. Appraisal conducted on behalf of creditor Rocky Mountain Bank. List is inclisive of both titled vehicles, trailers and other capital equipement. Valuation is liquidation value listed at line 47. | $0.00 | Liquidation | Unknown |
| **2018 New Allied Combilift Serial # C37493** | $0.00 | Liquidation | $26,000.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$2,211,400.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Buildings, facilities and land located at 1883 US Hwy 93 South, Hamilton MT 59840. Valuation from 2019 Appraisal. Value is real property only; no consideration was given to personal property, equipment, fixtures, furnishings, goodwill, business enterprise value, or any other non-realty.** | Fee simple | $0.00 | Appraisal | $3,000,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$3,000,000.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **White River Contracting LLC** | Case number *(If known)* | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☐ No
     ☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☑ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable** <br> Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Rocky Mountain Homes vs Ohio Farmers Insurance Company** | **Unknown** |

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$131,572.35** |

| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br> **Mountain Village Development LLC v. White River Contracting et al.** | **Unknown** |
|---|---|

| Nature of claim | **Counterclaim** |
|---|---|
| Amount requested | **$3,000,000.00** |

| **Rocky Mountain Bank v. White River Contracting LLC. et al.** | **Unknown** |
|---|---|

| Nature of claim | **Counterclaim** |
|---|---|
| Amount requested | **$0.00** |

| **Earth Elements Design Center v. White River Contracting LLC** | **Unknown** |
|---|---|

| Nature of claim | **Counterclaim** |
|---|---|
| Amount requested | **$100,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number *(If known)* **9:20-bk-90251** |
|---|---|---|
| | Name | |

| **EPTC LLC v. White River Contracting LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Counterclaim** | |
| Amount requested | **$0.00** | |

| **Steve and Lee Ann Cadwaller v. White River Contracting LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Counterclaim** | |
| Amount requested | **$0.00** | |

| **ICON Group Corp. v. White River Contracting LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Counterclaim** | |
| Amount requested | **$0.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **White River Contracting LLC**                          Case number *(If known)*  **9:20-bk-90251**
         Name

<span style="background:black;color:white">Part 12:</span>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $53,209.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,748,990.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $589,025.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,211,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,607,624.31 | + 91b. $3,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,607,624.31 |

**Summary of Capital Equipment Appraised:**

| Item # | Qty | Manufacturer | Model / Description | Year | Estimated Fair Market Value | Estimated Orderly Liquidation Value |
|---|---|---|---|---|---|---|
| 1 | 1 | Custom | Log Merchandising Area | 1997 | $ 90,000 | $ 58,500 |
| 2 | 1 | Pendu | KD20 Log Canter Sawing System | 15+ years | $ 50,000 | $ 32,500 |
| 3 | 1 | Leeson | Leeson C6T17FC2C-B Winch, ATS Automation Redlion Control CUB5, and G&P B490-5 Sander | 1995 | $ 4,000 | $ 2,600 |
| 4 | 1 | ATS Automation | Red Lion Control CUB 5 Drive | 1995 | $ 3,500 | $ 2,280 |
| 5 | 1 | Allen Bradley | PowerFlex 4 Series A Motor | 1995 | $ 210 | $ 140 |
| 6 | 1 | G&P | B490-5 Sander | 1995 | $ 6,000 | $ 3,900 |
| 7 | 1 | Meadows | Model 3 Sawmill | 2006 | $ 130,000 | $ 80,000 |
| 8 | 1 | Sterling | L9513 Boom Truck | 2000 | $ 40,000 | $ 26,000 |
| 9 | 1 | Chevrolet | Model 3500 Flatbed Truck | 1972 | $ 3,500 | $ 2,280 |
| 10 | 1 | International | S1700 Truck | 1988 | $ 4,100 | $ 2,670 |
| 11 | 1 | Yale | GP060TGE86 Forklift | 2000 | $ 7,000 | $ 4,550 |
| 12 | 1 | Kenworth | T-300 Delivery Trucks | 2003 | $ 13,000 | $ 8,450 |
| 13 | 1 | Kenworth | T-300 Delivery Trucks | 2005 | $ 20,000 | $ 13,000 |
| 14 | 1 | Kenworth | T-300 Delivery Trucks | 2002 | $ 15,000 | $ 9,750 |
| 15 | 1 | Freightliner | FLD112 Truck | 1998 | $ 10,000 | $ 6,500 |
| 16 | 1 | Fruehauf | 36-foot Flatbed Trailer | 1995 | $ 6,000 | $ 3,900 |
| 17 | 1 | Palfinger | BU553M Portable Forklift | 2000 | $ 6,000 | $ 3,900 |
| 18 | 1 | Berlin | Model 16 Timber Sizer | 2007 | $ 80,000 | $ 52,000 |
| 19 | 1 | KIP | Model 7170 2-roll Plotter | 2016 | $ 18,000 | $ 12,000 |
| 20 | 1 | Pendu | Model 9500M Gang Resaw Saw Line | 1986 | $ 90,000 | $ 58,500 |
| 21 | 1 | Devair | VAK-5081-68 Air Compressor | Est. 10 years | $ 2,300 | $ 1,500 |
| 22 | 2 | Ingersol Rand | PKG2475N7 Air Compressor | Est. 5-7 years | $ 3,600 | $ 2,340 |
| 23 | 1 | Champion | HRA15-12 Air Compressor | Est. 10 years | $ 2,300 | $ 1,500 |
| 24 | 1 | Ingersol Rand | D108IN Air Dryer | Est. 10 years | $ 1,200 | $ 780 |
| 25 | 1 | Porter Cable | 3hp Air Compressor | Est. 10 years | $ 100 | $ 70 |
| 26 | 1 | GE | 100hp Air Compressor | 2007 | $ 8,000 | $ 5,200 |
| 27 | 1 | Bezner | 16-inch Rounding System | Est. 5-7 years | $ 80,000 | $ 52,000 |
| 28 | 1 | Lochinvar | Copper-Fin II Boiler | Est. 10 years | $ 11,000 | $ 7,150 |
| 29 | 2 | Lochinvar | Efficiancy Boiler | Est. 10 years | $ 7,000 | $ 4,560 |
| 30 | 1 | Lochinvar | C991461 Boiler | Est. 10 years | $ 11,000 | $ 7,150 |
| 31 | 1 | Bezner | CP300 13-inch Rounding System | 2015 | $ 60,000 | $ 39,000 |
| 32 | 1 | Hundegger | K-2 Milling Machine | 2007 | $ 200,000 | $ 130,000 |
| 33 | 1 | Hundegger | K-2 CNC | 2003 | $ 320,000 | $ 208,000 |
| 34 | 1 | Spida Machinery | Model 2000LTD Compound Mitre Saw with Vertical Arbor Edge | 7-10 years | $ 6,000 | $ 3,900 |
| 35 | 1 | Bobcat | Model 773 Skidsteer Loader | 1997 | $ 12,000 | $ 7,800 |
| 36 | 1 | Skytrack | Model 8042 Hi-Reach Forklift | 1996 | $ 23,000 | $ 14,950 |
| 37 | 1 | Ford | F350 Service Truck | 1968 | $ 4,300 | $ 2,800 |

© Reliant Equipment Appraisals, LLC – 2019

Machinery & Equipment Appraisal of Assets Owned by White River Contracting, LLC

| Item # | Qty | Manufacturer | Model / Description | Year | Estimated Fair Market Value | Estimated Orderly Liquidation Value |
|---|---|---|---|---|---|---|
| 38 | 1 | John Deere | Model 644E Loader | Est. 15+ years | $ 30,000 | $ 19,500 |
| 39 | 1 | Grove | MZ48B Manlift | 1996 | $ 8,000 | $ 5,200 |
| 40 | 1 | Manitou | Model 50-4 Articulating Rough Terrain Forklift | 2003 | $ 15,000 | $ 9,750 |
| 41 | 1 | Ford | C-600 Fire Truck | 1961 | $ 4,000 | $ 2,600 |
| 42 | 1 | Lincoln | Ranger 8 Portable Welder | 7-10 years | $ 1,300 | $ 850 |
| 43 | 1 | John Deere | Model 544E Loader | 1979 | $ 22,000 | $ 14,300 |
| 44 | 1 | Maniscopic | Model MVT1340L Hi-reach Forklift | 2001 | $ 30,000 | $ 19,500 |
| 45 | 2 | Haulmark | Cub Trailers | 2002 | $ 4,000 | $ 2,600 |
| 46 | 1 | Chevrolet | Silverado 1500 Pickup Truck | 2008 | $ 4,300 | $ 2,800 |
| 47 | 1 | GMC | 3500 Pickup Truck | 1999 | $ 2,500 | $ 1,630 |
| 48 | 1 | Chevrolet | 3500 Pickup Truck | 2000 | $ 2,100 | $ 1,370 |
| 49 | 1 | Pace | 16-foot Cargo Trailer | 1999 | $ 2,600 | $ 1,690 |
| 50 | 1 | DCT | Car Trailer | 1994 | $ 1,300 | $ 850 |
| 51 | 1 | Kenworth | T800 Truck | 2004 | $ 30,000 | $ 19,500 |
| 52 | 1 | Kenworth | T800 Truck | 2004 | $ 40,000 | $ 26,000 |
| 53 | 2 | Western Elite | 53-foot Flabed Trailer | 2003 | $ 34,000 | $ 22,100 |
| 54 | 1 | Kenworth | T300 Truck | 2000 | $ 9,000 | $ 5,850 |
| 55 | 1 | Kalyn | 24,000lb Equipment Trailer | 2000 | $ 5,000 | $ 3,250 |
| 56 | 1 | Lufkin | 45-foot Flatbed Trailer | 1991 | $ 6,000 | $ 3,900 |
| 57 | 1 | Felling | 20,000lb Equipment Trailer | 2004 | $ 5,000 | $ 3,250 |
| 58 | 1 | P&H | RT180 Crane | 1972 | $ 19,000 | $ 12,350 |
| 59 | 1 | Toyota | FG7 Forklift | 2000 | $ 5,000 | $ 3,250 |
| 60 | 1 | Gradall | Model 53488 Forklift | 1978 | $ 16,000 | $ 10,400 |
| 61 | 1 | Skytrack | Model A82000 Forklift | 1989 | $ 23,000 | $ 14,950 |
| 62 | 1 | Gradall | Model 534C-6 Forklift | 1991 | $ 14,000 | $ 9,100 |
| 63 | 1 | Komatsu | Model FDSP -5 Forklift | 1994 | $ 6,000 | $ 3,900 |
| 64 | 1 | Skytrack | Model 8042 Hi-Reach Forklift | 1996 | $ 23,000 | $ 14,950 |
| 65 | 1 | Yale | GTP060TFNUAG087 Forklift | 1997 | $ 8,000 | $ 5,200 |
| 66 | 1 | KD Manitou | MVT1130L Forklift | 1999 | $ 20,000 | $ 13,000 |
| 67 | 1 | KD Manitou | MVT1340L Forklift | 2000 | $ 24,000 | $ 15,600 |
| 68 | 1 | Case | Model 686GXR Forklift | 2000 | $ 25,000 | $ 16,250 |
| 69 | 1 | Toyota | Model 75DU35 Forklift | 2007 | $ 11,000 | $ 7,150 |
| 70 | 1 | Toyota | Model 026FDU35 Forklift | Est. 15+ years | $ 12,000 | $ 7,800 |
| 71 | 1 | Manitou | MVT1340L Forklift | 2000 | $ 24,000 | $ 15,600 |
| 72 | 1 | Manitou | MVT1340L Forklift | 2000 | $ 24,000 | $ 15,600 |
| 73 | 1 | Manitou | MVT1340L Forklift | 2001 | $ 25,000 | $ 16,250 |
| 74 | 1 | JLG | Model 1532E Scissor Lift | 1997 | $ 3,700 | $ 2,410 |
| 75 | 1 | JLG | Model 1532E Scissor Lift | 1998 | $ 3,700 | $ 2,410 |
| 76 | 143 | Generic | Sections Of Steel I-beam Constructed Racks | 2008 | $ 28,600 | $ 18,590 |
| 77 | 6 | Generic | 2-4 Arm Double Sided Cantilever Racks | 2008 | $ 7,800 | $ 5,100 |
| 78 | 14 | Generic | 2-4 Arm Single Sided Cantilever Racks | 2008 | $ 11,200 | $ 7,280 |
| 79 | 1 | Pendu | NE58379/A Hewing Machine | 2005 | $ 50,000 | $ 32,500 |
| 80 | 1 | Timberwolf | Model 3622/29HD 36-inch Traveling Bandsaw | 2008 | $ 30,000 | $ 19,500 |
| 81 | 1 | Combilift | CL22100LA48 Scissor Lift | 2011 | $ 40,000 | $ 26,000 |
| 82 | 1 | Devair | HD 25HP Dual Head Tank Mounted Compressor | 7-10 years | $ 4,000 | $ 2,600 |

© Reliant Equipment Appraisals, LLC – 2019

Machinery & Equipment Appraisal of Assets Owned by White River Contracting, LLC

| Item # | Qty | Manufacturer | Model / Description | Year | Estimated Fair Market Value | Estimated Orderly Liquidation Value |
|---|---|---|---|---|---|---|
| 83 | 1 | Chevrolet | Silverado 2500 Pickup Truck | 2006 | $ 7,000 | $ 4,550 |
| 84 | 1 | GMC | Sierra 2500 Pickup Truck | 2012 | $ 8,000 | $ 5,200 |
| 85 | 1 | Chevrolet | Silverado 1500 Pickup Truck | 2011 | $ 6,000 | $ 3,900 |
| 86 | 1 | GMC | Sierra 1500 Pickup Truck | 2008 | $ 4,300 | $ 2,800 |
| 87 | 1 | Chevrolet | Silverado 1500 Pickup Truck | 2009 | $ 5,000 | $ 3,250 |
| 88 | 1 | Case | Model 440 Skid Steer | 2007 | $ 24,000 | $ 15,600 |
| 89 | 1 | CAT | TH83 All Terrain Forklift | 2001 | $ 30,000 | $ 19,500 |
| 90 | 2 | Econoheat | Omni OWA-150 150,000BTU Heater | 2016 | $ 8,000 | $ 5,200 |
| 91 | 1 | Econoheat | Omni OWA-75 75,000BTU Heater | 2016 | $ 3,400 | $ 2,200 |
| 92 | 2 | Econoheat | T-2 250-gallon Tank | 2016 | $ 2,000 | $ 1,300 |
| 93 | 1 | Econoheat | T10 100-gallon Tank | 2016 | $ 700 | $ 460 |
| 94 | 1 | Coachman | CLF280RLS Trailer | 2012 | $ 16,000 | $ 10,400 |
| 95 | 1 | Timber Ridge | Travel Trailer | 2013 | $ 20,000 | $ 13,000 |
| 96 | 1 | Manac | 53-foot Step Deck Trailer | 2014 | $ 25,000 | $ 16,250 |
| 97 | 1 | Interstate | 16-foot Cargo Trailer | 2008 | $ 6,000 | $ 3,900 |
| 98 | 1 | Chevrolet | Silverado 1500 Pickup Truck | 2014 | $ 8,000 | $ 5,200 |
| 99 | 1 | Chevrolet | Silverado 2500 Pickup Truck | 2007 | $ 6,000 | $ 3,900 |
| 100 | 1 | Ford | F250 Pickup Truck | 1999 | $ 2,200 | $ 1,430 |
| 101 | 1 | RAM | Model 3500 Pickup Truck | 2014 | $ 18,000 | $ 11,700 |
| 102 | 1 | Chevrolet | Silverado 1500 Pickup Truck | 2016 | $ 13,000 | $ 8,450 |
| 103 | 1 | GMC | Sierra 2500 Pickup Truck | 2016 | $ 21,000 | $ 13,650 |
| 104 | 1 | Chevrolet | Silverado 2500 Pickup Truck | 2014 | $ 15,000 | $ 9,750 |
| 105 | 1 | Chevrolet | Silverado 2500 Pickup Truck | 2015 | $ 16,000 | $ 10,400 |
| 106 | 1 | GMC | Sierra 1500 Pickup Truck | 2015 | $ 10,000 | $ 6,500 |
| 107 | 1 | GMC | Sierra 1500 Pickup Truck | 2015 | $ 14,000 | $ 9,100 |
| 108 | 1 | Chevrolet | Silverado 2500 Pickup Truck | 2018 | $ 30,000 | $ 19,500 |
| 109 | 3 | R&M | 16-foot Cargo Trailer | 2014 | $ 18,000 | $ 11,700 |
| 110 | 1 | Wabash | Trailer | 1995 | $ 7,000 | $ 4,550 |
| 111 | 1 | Transcraft | 44-foot Flatbed Trailer | 1987 | $ 4,300 | $ 2,800 |
| 112 | 1 | Transcraft | 44-foot Flatbed Trailer | 1988 | $ 4,300 | $ 2,800 |
| 113 | 1 | PJ | 24,000lb Gooseneck Trailer | 2016 | $ 10,000 | $ 6,500 |
| 114 | 1 | PJ | 20,000lb Gooseneck Trailer | 2016 | $ 9,000 | $ 5,850 |
| 115 | 2 | Mirage | 18-foot Cargo Trailer | 2017 | $ 14,000 | $ 9,100 |
| 116 | 1 | PJ | Dump Trailer | 2017 | $ 7,000 | $ 4,550 |
| 117 | 1 | Big Tex | Dump Trailer | 2017 | $ 5,000 | $ 3,250 |
| 118 | 1 | Mirage | 18-foot Cargo Trailer | 2018 | $ 7,000 | $ 4,550 |
| 119 | 1 | Transcraft | 53-foot Step Deck Trailer | 2015 | $ 30,000 | $ 19,500 |
| 120 | 1 | Hundegger | HM625 Planer | 2015 | $ 210,000 | $ 140,000 |
| 121 | 1 | Gehl | RS8-42 Forklift | 2008 | $ 40,000 | $ 26,000 |
| 122 | 2 | JLG | Model 600AJ 65-foot Boom Lift | 2006 | $ 80,000 | $ 52,000 |
| 123 | 1 | JLG | Model 600AJ 65-foot Boom Lift | 2008 | $ 40,000 | $ 26,000 |
| 124 | 1 | Grove | RT528C Rough Terrain Crane | 1992 | $ 40,000 | $ 26,000 |
| 125 | 1 | Gehl | RS8-44 Forlift | 2018 | $ 120,000 | $ 78,000 |
| 126 | 1 | Manitou | TMT-55 Forklift | 2018 | $ 80,000 | $ 52,000 |
| 127 | 1 | Combilift | C10000XL Forklift | 2018 | $ 70,000 | $ 45,500 |
| 128 | 3 | Samsung | X4250LX Copier | 2018 | $ 27,000 | $ 18,000 |
| 129 | 1 | Ranger | Model 250 Welder | 2006 | $ 2,200 | $ 1,430 |
| 130 | 1 | Vecoplan | RG52U Shredder | 2007 | $ 60,000 | $ 39,000 |
| 131 | 1 | Retech | LA-Z-Boy Conveyor System | 2007 | $ 16,000 | $ 10,400 |

Machinery & Equipment Appraisal of Assets Owned by White River Contracting, LLC

| Item # | Qty | Manufacturer | Model / Description | Year | Estimated Fair Market Value | Estimated Orderly Liquidation Value |
|---|---|---|---|---|---|---|
| 132 | 1 | Schneider | Altistart 48 30072-450-61B Control System | 2007 | $ 1,100 | $ 720 |
| 133 | 1 | Jeffrey Manufacturing | Model 30 AB Hammer Mill | 10-14 years | $ 23,000 | $ 14,950 |
| 134 | 1 | Sashco | Snorkler N1CO81004WN Chink Pump | 7-10 years | $ 3,000 | $ 1,950 |
| 135 | 2 | Sashco | Snorkler N1CO81004WN Chink Pump | 10-14 years | $ 5,000 | $ 3,260 |
| 136 | 1 | Perma | Kodiak M2 Chink Pump | 4-5 years | $ 3,300 | $ 2,100 |
| 137 | 1 | Group | All other supporting equipment | | $ 30,000 | $ 10,000 |
| Estimated Fair Market Value Total | | | | | $ 3,347,010 | |
| Estimated Orderly Liquidation Value Total | | | | | | $ 2,165,900 |

© Reliant Equipment Appraisals, LLC – 2019

**Fill in this information to identify the case:**

Debtor name     **White River Contracting LLC**

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)   **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2015 Chevy Silv (2), 2018 Chevy Silv, 2016 Chevy 1500 and 2016 GMC Sierra (all listed in Exhibit A)**
                                             **$108,503.00**              **$55,250.00**

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016 - 2018**
**Last 4 digits of account number**
**6578**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ascentium Capital** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Various equipment listed in Exhibit A.**
                                             **$203,101.00**              **$0.00**

**23970 Hwy 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Describe the lien
**UCC Security Agreement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**6578**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3** | **Beacon Funding Corp.**
Creditor's Name

**3400 Dundee Road**
**Suit 180**
**Northbrook, IL 60062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**5353**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Various equipment listed in Exhibit A.**

**Describe the lien**
**UCC Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,679.00 | $0.00

---

**2.4** | **First Interstate Bank**
Creditor's Name

**101 E. Front**
**PO Box 4667**
**Missoula, MT 59806**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6578**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 GMC Pickup listed in Exhibit A.**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,847.00 | $5,850.00

---

**2.5** | **HYG Financial Services**
Creditor's Name

**PO Box 35701**
**Billings, MT 59107**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 New Allied Combilift Serial # C37493**

**Describe the lien**
**UCC lien for lease purchase**
**Is the creditor an insider or related party?**
■ No

$59,417.00 | $26,000.00

---

Debtor   **White River Contracting LLC**                   Case number (if known)   **9:20-bk-90251**
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2018**                                                   ☐ No
**Last 4 digits of account number**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**5900**
**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
■ No                                                       ☐ Contingent
☐ Yes. Specify each creditor,                              ☐ Unliquidated
including this creditor and its relative                   ☐ Disputed
priority.

---

| 2.6 | **J&H Office Equipment** | Describe debtor's property that is subject to a lien | $9,658.00 | $3,900.00 |

Creditor's Name                                            **Copier listed in Exhibit A.**

**PO Box 660831**
**Dallas, TX 75266**

Creditor's mailing address                                 **Describe the lien**
                                                           **Purchase Money Security**
                                                           **Is the creditor an insider or related party?**
                                                           ■ No
Creditor's email address, if known                         ☐ Yes
                                                           **Is anyone else liable on this claim?**

**Date debt was incurred**                                 ■ No
**2018**                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**6578**
**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
■ No                                                       ☐ Contingent
☐ Yes. Specify each creditor,                              ☐ Unliquidated
including this creditor and its relative                   ☐ Disputed
priority.

---

| 2.7 | **Jules and Assoc. BB&T** | Describe debtor's property that is subject to a lien | $20,679.84 | $13,650.00 |

Creditor's Name                                            **Various equipment listed in Exhibit A.**
**515 South Figueroa Street**
**Suite 1900**
**Los Angeles, CA 90071**
Creditor's mailing address                                 **Describe the lien**
                                                           **UCC Financing Statement**
                                                           **Is the creditor an insider or related party?**
                                                           ■ No
Creditor's email address, if known                         ☐ Yes
                                                           **Is anyone else liable on this claim?**

**Date debt was incurred**                                 ■ No
**2018**                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**6578**
**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
■ No                                                       ☐ Contingent
☐ Yes. Specify each creditor,                              ☐ Unliquidated
including this creditor and its relative                   ☐ Disputed
priority.

---

| 2.8 | **Montana Department of Commerce** | Describe debtor's property that is subject to a lien | $359,434.00 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

PO Box 200501
Helena, MT 59620

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6578**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Montana Wood Products Assistance Program loan. Business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.**

**Describe the lien**
**UCC Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ravalli County Treasurer** | | $17,968.72 | $3,000,000.00 |
|---|---|---|---|---|

Creditor's Name

215 South 4th Street
Suite H
Hamilton, MT 59840

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**8700**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ravalli County Treasurer**
**2. Rocky Mountain Bank**

**Describe debtor's property that is subject to a lien**
**Buildings, facilities and land located at 1883 US Hwy 93 South, Hamilton MT 59840. Valuation is from 2019 Appraisal. Value is real property only; no consideration was given to personal property, equipment, fixtures, furnishings, goodwill, bu**

**Describe the lien**
**Real Property Tax**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Rocky Mountain Bank** | | $2,730,326.12 | $2,730,326.12 |
|---|---|---|---|---|

Creditor's Name

2615 King Ave. West
Billings, MT 59108

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Real property and business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.**

**Describe the lien**
**UCC Commercial Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **White River Contracting LLC**                    Case number (if known)   **9:20-bk-90251**
_____Name_____

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **ote3** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**   **Rocky Mountain Bank**                                                    $1,156,496.95   $1,156,496.95

Creditor's Name

**2615 King Ave. West Billings, MT 59108**

Creditor's mailing address

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | |
| **Real property and business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.** | |
| **Describe the lien** | |
| **UCC Commercial Security Agreement** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ☐ No | |
| ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**ote1**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2**   **Rocky Mountain Bank**                                                    $212,943.76   $212,943.76

Creditor's Name

**2615 King Ave. West Billings, MT 59108**

Creditor's mailing address

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | |
| **Real property and business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.** | |
| **Describe the lien** | |
| **Comercial security agreement** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ■ No | |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**ote4**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**   **Rocky Mountain Bank**         **Describe debtor's property that is subject to a lien**          $28,670.71   $28,670.71

| Debtor | White River Contracting LLC | Case number (if known) | 9:20-bk-90251 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**2615 King Ave. West**
**Billings, MT 59108**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**ote2**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Real property and business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.**

**Describe the lien**
**UCC Commercial Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | | | | $0.00 | $3,000,000.00 |
|---|---|---|---|---|---|

**Rocky Mountain Bank**

Creditor's Name

**2615 King Ave. West**
**Billings, MT 59108**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**1883**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**Secures total indebtedned up to $3,500,000.00 against buildings, facilities and land located at 1883 US Hwy 93 South, Hamilton MT 59840.**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | | | | $3,647,080.20 | Unknown |
|---|---|---|---|---|---|

**Rocky Mountain Bank**

Creditor's Name

**2615 King Ave. West**
**Billings, MT 59108**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Real property and business equipment listed on Exhibit A. Counterclaims, accounts receivable, inventory etc.**

**Describe the lien**
**UCC Commercial Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 6 of 8 |
|---|---|---|

| Debtor | White River Contracting LLC | Case number (if known) | 9:20-bk-90251 |
|---|---|---|---|
| | Name | | |

**ote5**

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.16**

| | | | |
|---|---|---|---|
| **Susquehanna Commercial Finance** | Describe debtor's property that is subject to a lien | $13,489.00 | $0.00 |
| Creditor's Name | **Various equipment listed in Exhibit A.** | | |
| **2 County View Road Suite 300 Malvern, PA 19355** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **UCC Security Agreement** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **2016** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **3606** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.17**

| | | | |
|---|---|---|---|
| **US Bank Equiment Finance** | Describe debtor's property that is subject to a lien | $16,932.00 | $27,700.00 |
| Creditor's Name | **Various equipment listed in Exhibit A.** | | |
| **PO Box 580337 Minneapolis, MN 55458** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **UCC Security Agreement** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **2016** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **7024** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,620,226.30 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Holland & Hart LLP**<br>**Attn: Mr. Shane Coleman**<br>**PO Box 639**<br>**Billings, MT 59103** | Line __2.10__ | |
| **Holland & Hart LLP**<br>**Attn: Mr. Shane Coleman**<br>**PO Box 639**<br>**Billings, MT 59103** | Line __2.14__ | |
| **M2 Lease Funds LLC**<br>**175 N Patrick Blvd Suite 135**<br>**Brookfield, WI 53045** | Line __2.3__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **White River Contracting LLC**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330,240.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**941 Payroll Tax Liability** | | |
| | Last 4 digits of account number **6578**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Montana Department of Revenue**<br>**PO Box 7701**<br>**Helena, MT 59604-7701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64,046.00** | **Unknown** |
| | Date or dates debt was incurred<br>**2018 - 2020** | Basis for the claim:<br>**Employment taxes** | | |
| | Last 4 digits of account number **0793**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       53987       Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,636.00 | Unknown |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Montana State Fund**
**PO Box 4759**
**Helena, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,636.00   Unknown

Date or dates debt was incurred
**2019**

Basis for the claim:
**Workmans compensation**

Last 4 digits of account number **9878**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**State Unemployment Insurance**
**PO Box 6339**
**Helena, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,640.00   Unknown

Date or dates debt was incurred
**2019**

Basis for the claim:
**Unemployment payments**

Last 4 digits of account number **6578**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,545.85   $9,525.31

Date or dates debt was incurred
**2020**

Basis for the claim:
**Sales and Use Tax**

Last 4 digits of account number **1461**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**406 Timber Company**
**PO Box 313**
**Conner, MT 59827**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,831.62

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**A. Vern Woolstenhulmle**
**6600 South 1750 West**
**Victor, ID 83455**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,127.72

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **$85.00**

**Access Montana**
**312 Main Street SW**
**Ronan, MT 59864**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **$6,279.00**

**Agrostis Inc.**
**PO Box 3074**
**Jackson, WY 83001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **$3,430.00**

**All American Gutters**
**5718 E. Lincoln Rd**
**Idaho Falls, ID 83401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **$7,414.66**

**All Valley Flooring**
**1285 South First Street**
**Hamilton, MT 59840**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **$11,220.47**

**Allegiance Premium Financial**
**PO Box 1750**
**Cedar City, UT 84721**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **$6,274.00**

**Alliance Door Products**
**PO Box 553**
**Lynden, WA 98264**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **$6,441.91**

**Allied Benefits Systems**
**PO Box 3205**
**Carol Stream, IL 60132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (*if known*) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Ally Processing Center**
PO Box 9001948
Louisville, KY 40292

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☐ No ■ Yes

**$678.99**

---

**3.11** | Nonpriority creditor's name and mailing address

**Alpine River Craftsman Company**
1751 North Lake Ave.
Estes Park, CO 80517

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Breach of contract claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.12** | Nonpriority creditor's name and mailing address

**Alter Enterprise**
PO Box 650448
Missoula, MT 59802

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$739.25**

---

**3.13** | Nonpriority creditor's name and mailing address

**American Electrical Innovations**
6598 Butter Cup Drive
Unit 2
Wellington, CO 80549

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**$4,346.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**American Express**
PO Box 650448
Dallas, TX 75265

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Antlers Roof Truss**
1010 NE 5th
Antlers, OK 74523

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,732.14**

---

**3.16** | Nonpriority creditor's name and mailing address

**Applied Industrial Technology**
203 Trade Street
Missoula, MT 59808

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| Debtor | **White River Contracting LLC** | | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,441.38**

**Armor Builders Inc.**
**996 Hwy 93 North**
**Victor, MT 59875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,566.00**

**Beacon Roof Supply Inc.**
**505 Huntmar Park Drive**
**Suite #300**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0210**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,815.99**

**Big 4 Development**
**PO Box 165**
**Monroe, UT 84754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,747.00**

**Big Sky Elevator**
**PO Box 139**
**Ronan, MT 59864**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,386.24**

**Big Sky Insulation**
**PO Box 838**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Judgment for case DV-20-190**

Last 4 digits of account number  **0190**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188,458.00**

**Bighorn Stone Masonry**
**PO Box 14761**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,538.00**

**BMC West Building Materials**
**Po Box 59898**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Bressler Insulation Inc.**
PO Box 1129
Wilson, WY 83014

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**$12,681.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Browning Kaleczyc Berry & Hoven PC**
201 Railroad Street West
#300
Missoula, MT 59802

Date(s) debt was incurred  **2019 - 2020**

Last 4 digits of account number  **5354**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$59,496.73**

---

**3.26** | Nonpriority creditor's name and mailing address

**Builders FirstSource**
2001 Bryan Street
Suite 1600
Dallas, TX 75201

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **0305**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt / Breach of contract claim**

Is the claim subject to offset? ■ No ☐ Yes

**$20,232.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Cameron Ashley Building**
75 Remittance Drive
Dept 6724
Chicago, IL 60675

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

**$113.59**

---

**3.28** | Nonpriority creditor's name and mailing address

**Capital One**
PO Box 60599
City of Industry, CA 91716

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **4844**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**Cascade Windows**
PO Box 35143
#41017
Seattle, WA 98124

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$401.19**

---

**3.30** | Nonpriority creditor's name and mailing address

**Century Link**
PO Box 91155
Seattle, WA 98111

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$567.39**

---

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.35

**Certified Laboratories**
23261 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,856.00

**Chase Bank USA NA**
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **8360**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**CHTD Company**
PO Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **1096**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,671.00

**Cisco Systems Capital Group**
PO Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

Basis for the claim:  **Lease**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00

**CNA Surety Direct Bill**
PO Box 957312
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,181.00

**Colbert Electric**
805 E. Commercial Ave.
Anaconda, MT 59711

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,181.00

**Colbert Electric Inc.**
805 East Commercial Ave.
Anaconda, MT 59711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 2019**

Last 4 digits of account number  **6578**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address

**Consolodated Electrical**
PO Box 398830
San Francisco, CA 94139

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$172.50**

---

**3.39** | Nonpriority creditor's name and mailing address

**Copper State Bolt and Nut**
PO Box 29650
Phoenix, AZ 85038

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,457.00**

---

**3.40** | Nonpriority creditor's name and mailing address

**Corporation Service Company**
PO Box 2576
Springfield, IL 62708

Date(s) debt was incurred **2019**

Last 4 digits of account number **6228**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.41** | Nonpriority creditor's name and mailing address

**Cotner Law PLLC**
2700 Radio Way
Missoula, MT 59808

Date(s) debt was incurred **2020**

Last 4 digits of account number **448**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42** | Nonpriority creditor's name and mailing address

**CT Corporation Systems**
330 North Brand Blvd
Suite 700
Glendale, CA 91203

Date(s) debt was incurred **2019**

Last 4 digits of account number **7607**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.43** | Nonpriority creditor's name and mailing address

**Culligan**
2020 Ernest Ave.
Missoula, MT 59801

Date(s) debt was incurred **2020**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.44** | Nonpriority creditor's name and mailing address

**Custom Iron Design**
PO Box 13571
Jackson, WY 83002

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**$1,000.50**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address
**DAL Enterprises**
**948 North 3300 East**
**Ashton, ID 83420**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,483.25**

---

**3.46** | Nonpriority creditor's name and mailing address
**Dan Smith**
**636 North Sunset Street**
**Fort Collins, CO 80521**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$530.00**

---

**3.47** | Nonpriority creditor's name and mailing address
**DBR Inc.**
**PO Box 1861**
**Jackson, WY 83001**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$594.43**

---

**3.48** | Nonpriority creditor's name and mailing address
**DCI Engineers Inc.**
**818 Stewart Street**
**Suite 100**
**Seattle, WA 98101**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$4,651.00**

---

**3.49** | Nonpriority creditor's name and mailing address
**Disdero Lunber**
**12301 SE Carpenter Drive**
**Clackamas, OR 97015**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,556.00**

---

**3.50** | Nonpriority creditor's name and mailing address
**DM Drywall and Const**
**167 Camas Ranch Road**
**Hamilton, MT 59840**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,540.00**

---

**3.51** | Nonpriority creditor's name and mailing address
**Don's Home Center**
**776 Hwy 93**
**Hamilton, MT 59840**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$53.78**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,884.95** |
|---|---|---|---|

**Earth Elements Design Center**
**12 Penny Lane**
**Gallatin Gateway, MT 59730**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Breach of contract claim**

Last 4 digits of account number  **1361**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,170.00** |
|---|---|---|---|

**Eddy's Cleaning Service**
**PO Box 11154**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.50** |
|---|---|---|---|

**Elements Concrete**
**521 South Black Ave.**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,420.00** |
|---|---|---|---|

**Epic Steel**
**6574 Hwy 10 West**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EPTC LLC**
**C/O Holland and Hart**
**Attn: Matt Kim-Miller**
**PO Box 68**
**Jackson, WY 83001**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Breach of contract claim**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,884.60** |
|---|---|---|---|

**Exxon Mobile**
**PO Box 6404**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,105.00** |
|---|---|---|---|

**Fates Flooring**
**PO Box 11154**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No ☑ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.17** |
|---|---|---|---|

**FedEx**
PO Box 94515
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,712.00** |
|---|---|---|---|

**Fireplaces of Jackson Hole**
PO Box 8394
Jackson, WY 83001

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,781.00** |
|---|---|---|---|

**First Bank Card**
PO Box 3331
Omaha, NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Credit card purchases**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,400.00** |
|---|---|---|---|

**First Interstate Bank**
PO Box 31615
Billings, MT 59107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Credit card purchases**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,022.00** |
|---|---|---|---|

**Fish Creek Excavation**
PO Box 10280
Jackson, WY 83002

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,868.00** |
|---|---|---|---|

**Frankenfield Construction**
PO Box 1574
Hamilton, MT 59840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,732.56** |
|---|---|---|---|

**Galle Plumbing and Heating**
520 East Park Ave.
Anaconda, MT 59711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Judgment for case DV-20-123**

Last 4 digits of account number **0123**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GCI Company**
**C/O Elkhorn Law Office LLC**
**Attn: Carl Robicheaux**
**PO Box 1494**
**Estes Park, CO 80517**

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Breach of contract claim**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,063.00** |

**Gerry Arambula**
**2417 Noth 44th Street**
**Seattle, WA 98103**

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Breach of contract claim**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |

**Glen Construction Comp**
**140 Cherry Street**
**Suite 201**
**Hamilton, MT 59840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,124.00** |

**Global Fleet Fuel**
**PO Box 6293**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,716.00** |

**H&E Equipment Svc.**
**PO Box 849850**
**Dallas, TX 75284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.00** |

**Hammer Quinn & Shaw PC**
**PO Box 7310**
**Kalispell, MT 59904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,596.77** |

**Hanna, Campbell & Powell LLP**
**3737 Embassy Parkway**
**Suite 100**
**Akron, OH 44333**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,404.00 |
|---|---|---|---|

**Helgeson Construction**
**1030 Lokhorst Street**
**Baldwin, WI 54002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6578

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,979.00 |
|---|---|---|---|

**Home Depot**
**1000 Technology Drive**
**O Fallon, MO 63368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018 - 2020

**Basis for the claim:** Credit card

**Last 4 digits of account number** 2524

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,841.00 |
|---|---|---|---|

**Hundegger USA**
**PO Box 969**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6578

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,027.00 |
|---|---|---|---|

**Hunts Electric**
**PO Box 5278**
**Etna, WY 83118**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6578

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,175.00 |
|---|---|---|---|

**ICON Group Corp.**
**Kenney Law PC**
**Attn: Chris Kenney**
**3650 South Yosemite Street**
**Denver, CO 80237**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Breach of contract claim

**Last 4 digits of account number** 1048

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,628.00 |
|---|---|---|---|

**Intermountain Roofing**
**PO Box 9239**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6578

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.00 |
|---|---|---|---|

**Iridium**
**635 W 5300 SO**
**Suite 203**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6578

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address

**J&H Inc.**
**203 Haggerty Lane**
**Bozeman, MT 59715**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$268.00**

---

**3.81** | Nonpriority creditor's name and mailing address

**Jackson Lumber**
**PO Box 1789**
**Jackson, WY 83001**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$153.84**

---

**3.82** | Nonpriority creditor's name and mailing address

**Jackson Paint and Glass Co.**
**PO Box 1749**
**Jackson, WY 83001**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$16,427.00**

---

**3.83** | Nonpriority creditor's name and mailing address

**Jospeh Services LLC**
**PO Box 192**
**Cambridge, ID 83610**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,972.00**

---

**3.84** | Nonpriority creditor's name and mailing address

**KC Jones**
**PO Box 165**
**Monroe, UT 84754**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,722.50**

---

**3.85** | Nonpriority creditor's name and mailing address

**Kergos Construction**
**655 Chinook Road**
**Broken Bow, OK 74728**

Date(s) debt was incurred **2018**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,500.00**

---

**3.86** | Nonpriority creditor's name and mailing address

**Komatsu Financial LTD**
**1701 W. Golf Road**
**Suite 1-300**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred **2018**

Last 4 digits of account number **3382**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Equipment lease deficiency**

Is the claim subject to offset? ☐ No ☑ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**Krown Roofing & Construction**
**5306 Woodrow Lane**
**Lolo, MT 59847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,550.39 |
|---|---|---|---|

**L4 Groundworks**
**PO Box 410241**
**Pinedale, WY 82941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,857.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
**PO Box 91013**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Insurance**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,003.72 |
|---|---|---|---|

**Log Care Inc.**
**PO Box 10129**
**Jackson, WY 83002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,698.66 |
|---|---|---|---|

**Loren Baker**
**1526 Bossard Road**
**Ramsay, MT 59748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,722.00 |
|---|---|---|---|

**Loren's House of Carpets**
**4949 Buckhouse Lane**
**Sutie B**
**Missoula, MT 59804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,752.00 |
|---|---|---|---|

**MacArthur Co.**
**1600 North Ave. West**
**Suite 800**
**Missoula, MT 59801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$388.07**

McMaster-Carr
PO Box 7690
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$795.00**

MD Nursery and Landscaping
2389 South Hwy 33
Driggs, ID 83422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,012.49**

Messner and Reeves LLp
1430 Wynkoop Street
Suite 300
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Services**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,195.00**

Mills Concrete LLC
PO Box 6407
Jackson, WY 83002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,665.00**

Minot Building Supply
2626 West Burdick Expy
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,546,863.00**

Montana Department of Commerce
PO Box 200501
Helena, MT 59620

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Wood Products Loan**

Last 4 digits of account number  **6550**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,704.00**

Montana Department of Commerce
PO Box 200501
Helena, MT 59620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Workforce training loan**

Last 4 digits of account number  **1804**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White River Contracting LLC** | | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,291.44** |
|---|---|---|---|
| | **Mountain Log Homes of Colorado**<br>**619 Main Street**<br>**Frisco, CO 80443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,666.00** |
|---|---|---|---|
| | **Mountain Top Tile**<br>**PO Box 7822**<br>**Jackson, WY 83002** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000,000.00** |
|---|---|---|---|
| | **Mountain Village Development LLC**<br>**C/O Garlington Lohn & Robinson PLLP**<br>**350 Ryman Street**<br>**PO Box 7909**<br>**Missoula, MT 59807** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Breach of contract claim** | |
| | Last 4 digits of account number **9247** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$467.00** |
|---|---|---|---|
| | **Multifab Inc.**<br>**3808 North Sullivan Road**<br>**Building 6**<br>**Spokane, WA 99216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |
|---|---|---|---|
| | **National Association of Homebuilder**<br>**1201 15th Street NW**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67.88** |
|---|---|---|---|
| | **Norco**<br>**PO Box 413124**<br>**Salt Lake City, UT 84141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,150.00** |
|---|---|---|---|
| | **Northern Rockies Insulation**<br>**PO Box 634**<br>**Three Forks, MT 59752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6578** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address
**Northwestern Energy**

**Butte, MT 59707**

Date(s) debt was incurred **2019**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$32,699.00**

---

**3.109** | Nonpriority creditor's name and mailing address
**O2 Cleaning**
**105 East Pearl Ave.**
**Jackson, WY 83001**

Date(s) debt was incurred **2019**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☒ Yes

**$140.00**

---

**3.110** | Nonpriority creditor's name and mailing address
**Onsite Sanitation**
**1400 South Park Drive**
**Broken Bow, OK 74728**

Date(s) debt was incurred **2018**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$131.10**

---

**3.111** | Nonpriority creditor's name and mailing address
**Orepac Building Products**
**PO Box 734701**
**Dallas, TX 75373**

Date(s) debt was incurred **2018**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,064.00**

---

**3.112** | Nonpriority creditor's name and mailing address
**Pacific Steel and Recycling**
**PO Box 8477**
**Missoula, MT 59807**

Date(s) debt was incurred **2020**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,029.00**

---

**3.113** | Nonpriority creditor's name and mailing address
**Parkers Septic Tank Service**
**447 North 1800 East**
**Rathdrum, ID 83858**

Date(s) debt was incurred **2018**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$320.00**

---

**3.114** | Nonpriority creditor's name and mailing address
**Parrish Resources**
**196 Lincoln Road**
**Helena, MT 59602**

Date(s) debt was incurred **2018**
Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☒ Yes

**$5,505.00**

---

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patten Peterman Bekkedahl and Green**
**2817 2nd Ave. North**
**Suite 300**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Legal services**

Last 4 digits of account number  **1273**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,735.00** |
|---|---|---|---|

**Pella Corp**
**PO Box 310385**
**Des Moines, IA 50331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,676.00** |
|---|---|---|---|

**Perma Chink Systems**
**17635 NE 67th Ct.**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,204.00** |
|---|---|---|---|

**Pfendler Post & Pole**
**PO Box 246**
**Drummond, MT 59832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,089.00** |
|---|---|---|---|

**Pierson Contracting**
**492 Cedar Street**
**Unit 4**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,750.00** |
|---|---|---|---|

**Poor Haus Bronze and Millwork**
**5348 Florence Carlton Loop**
**Florence, MT 59833**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,794.00** |
|---|---|---|---|

**Premier Paints**
**PO Box 608**
**Kooskia, ID 83539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|

**Principal Life Insurance**
PO 10372
Des Moines, IA 50306

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,357.00** |
|---|---|---|---|

**Priority Cleaning LLC**
2110 26th Street S.
Great Falls, MT 59405

Date(s) debt was incurred **2018**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,848.00** |
|---|---|---|---|

**Pro Rentals and Sales**
PO Box 5450
Kalispell, MT 59903

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,242.00** |
|---|---|---|---|

**R&S Supply**
4480 Expressway
Missoula, MT 59808

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,101.00** |
|---|---|---|---|

**Rehn & Assoc.**
PO Box 5433
Spokane, WA 99205

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00** |
|---|---|---|---|

**Rockin B Stone**
501 North Birch Creek Road
Corvallis, MT 59828

Date(s) debt was incurred **2018**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374,511.57** |
|---|---|---|---|

**Rocky Mountain Bank**
2615 King Ave. West
Billings, MT 59108

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,387.00** |
|---|---|---|---|

**Rocky Mountain Pools**
PO Box 1384
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Routh Enterprises Inc.**
1255 OK 3
Broken Bow, OK 74728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,020.00** |
|---|---|---|---|

**SB Equipement Rentals**
PO Box 2864
Jackson, WY 83001

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,470.00** |
|---|---|---|---|

**Servco Appliance Service**
129 West Main Street
Rigby, ID 83442

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.83** |
|---|---|---|---|

**Silver Star Communications**
PO Box 226
Freedom, WY 83120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,534.00** |
|---|---|---|---|

**Spec Roofing Inc**
PO Box 2370
Jackson, WY 83001

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.00** |
|---|---|---|---|

**Specialty Woodworks**
PO Box 450
Hamilton, MT 59840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Last 4 digits of account number __6578__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | White River Contracting LLC | Case number (if known) | 9:20-bk-90251 |
|--------|------------------------------|------------------------|---------------|
| | Name | | |

---

**3.136**

**Nonpriority creditor's name and mailing address**
**Standard Drywall Inc.**
**3975 South Antelope Lane**
**Jackson, WY 83001**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$4,127.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Steve & Lee Ann Cadwallader**
**315 Hollowbrook Driver**
**Carlisle, PA 17013**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **0284**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of contract claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Steven Smith**
**14062 S. Mule Deer Drive**
**Draper, UT 84020**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,875.00**

---

**3.139**

**Nonpriority creditor's name and mailing address**
**Stonecraft LLC**
**3589 Hwy 93 South**
**Kalispell, MT 59901**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$30,607.00**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Stoneworks Custom Granite**
**PO Box 2673**
**Pocatello, ID 83206**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

**$566.69**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**Sundance Plumbing and Heating**
**357 Lupine Lane**
**Butte, MT 59701**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,686.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Sustainable Lumber Co.**
**PO Box 18315**
**Missoula, MT 59808**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$130.50**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | White River Contracting LLC | Case number (if known) | 9:20-bk-90251 |
|---|---|---|---|
| | Name | | |

---

**3.143**

**Nonpriority creditor's name and mailing address**
Swan Realty LLC
112 West Main Street
Red River, NM 87558

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,823.00**

---

**3.144**

**Nonpriority creditor's name and mailing address**
Sweat Pea Sewer & Septic
9424 Futurity Drive
Missoula, MT 59808

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**
Synchrony Bank
PO Box 965018
Orlando, FL 32896

Date(s) debt was incurred **2020**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$2,219.73**

---

**3.146**

**Nonpriority creditor's name and mailing address**
TCF Equipment Finance
11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305

Date(s) debt was incurred **2014**

Last 4 digits of account number **4910**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.147**

**Nonpriority creditor's name and mailing address**
Temp Right Services
5818 Sandpiper Drive
Missoula, MT 59808

Date(s) debt was incurred **2018**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**$8,655.00**

---

**3.148**

**Nonpriority creditor's name and mailing address**
Terry Barr
PO Box 270538
Louisville, CO 80027

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,090.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
Timber Products Inspection
Po Box 3969
Peachtree City, GA 30269

Date(s) debt was incurred **2019**

Last 4 digits of account number **6578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,244.00 |
|---|---|---|---|

**Timber Products Manufacturers**
951 East Third Street Ave.
Spokane, WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,931.00 |
|---|---|---|---|

**Total Quality Logistics**
PO Box 634558
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.47 |
|---|---|---|---|

**Tri-Arc Inc**
PO Box 16778
Missoula, MT 59808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.78 |
|---|---|---|---|

**Triad Building Construction**
144 Bell Crossing West
Victor, MT 59875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**U.S. Small Business Administration**
14925 Kingsport Road
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __EIDL distaster loan__

Last 4 digits of account number  __7907__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S. Small Business Administration**
14925 Kingsport Road
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,923.00 |
|---|---|---|---|

**United Rentals**
File 51122
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __6578__

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,013.00** |
|---|---|---|---|

**United Rentals NA**
**C/O Jacqueline Martinez**
**1119 West Southern Ave.**
**Suite 200**
**Mesa, AZ 85201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,414.00** |
|---|---|---|---|

**Vandermeer Forest Products**
**8801 South 187th Street**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,874.00** |
|---|---|---|---|

**Verizon**
**PO Box 650051**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Utility**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.90** |
|---|---|---|---|

**Weatherall Northwest**
**658 Hwy 93 South**
**Hamilton, MT 59840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,637.00** |
|---|---|---|---|

**West Bank Solutions**
**PO Box 51006**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,238.00** |
|---|---|---|---|

**Western States Equipment**
**PO Box 3805**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,916.00** |
|---|---|---|---|

**Western States Fire Protection**
**PO Box 908**
**Missoula, MT 59806**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Trade debt**

Last 4 digits of account number **6578**

Is the claim subject to offset? ☐ No  ■ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **White River Contracting LLC** | Case number (if known) | **9:20-bk-90251** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,030.00 |
|---|---|---|---|

**Wiesner Media LLC**
**PO Box 5721**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,843.41 |
|---|---|---|---|

**Wyoming Mechanical Plumbing**
**PO Box 2829**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6578**

Is the claim subject to offset?  ☐ No  ☒ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Baird Holm LLP**<br>**1700 Farnam Street**<br>**Suite 1500**<br>**Omaha, NE 68102** | Line  **3.103**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Boone Karlberg PC**<br>**Attn: Chris Decker**<br>**Attn: Dean Stensland**<br>**PO Box 9199**<br>**Missoula, MT 59807** | Line  **3.21**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Brown Law Firm PC**<br>**Attn: Robert Sterup**<br>**315 North 24th Street**<br>**Billings, MT 59101** | Line  **3.52**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Goetz, Baldwin & Geddes PC**<br>**Attn: J. Devlan Geddes**<br>**35 North Grand Ave.**<br>**PO Box 6580**<br>**Bozeman, MT 59771** | Line  **3.67**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Jaffe & Asher LLP**<br>**Attn: Mr. Dennis Pons**<br>**600 Third Ave.**<br>**New York, NY 10016** | Line  **3.14**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Viscomi, Gersh, Simpson & Joos**<br>**Attn: Brian Joos**<br>**121 Wisconsin Ave.**<br>**Whitefish, MT 59937** | Line  **3.26**<br>☐ Not listed. Explain ___ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $  **417,107.85** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **White River Contracting LLC**                            Case number (if known)    **9:20-bk-90251**
_____                                              _____
          Name

**5b. Total claims from Part 2**                                     5b.   +   $              **8,557,795.60**

**5c. Total of Parts 1 and 2**                                      5c.       $              **8,974,903.45**
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  **White River Contracting LLC**

United States Bankruptcy Court for the:  DISTRICT OF MONTANA

Case number (if known)  **9:20-bk-90251**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential cost-plus construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gary Hannon**<br>**Darby, MT 59829** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Package onsite assembly contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **John Campbell**<br>**Allenspark, CO 80510** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Residential cost-plus construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kurt and Diane Ward**<br>**Whitehall, MT 59759** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Package onsite assembly contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laurie and Stephen Hanten**<br>**San Juan Capistrano, CA 92675** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | White River Contracting LLC | | | Case number *(if known)* | 9:20-bk-90251 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mike Roth**<br>**Auburn Hills, MI 48326** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential cost-plus construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Neil and Debra Mangum**<br>**Payson, AZ 85541** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential design-build agreeement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rodney and Kathy Cook**<br>**Orlando, OK 73073** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **White River Contracting LLC**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Craig Rostad** | **524 Arrow Hill Drive Hamilton, MT 59840** | **Builders FirstSource** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.2 | **Craig Rostad** | **524 Arrow Hill Drive Hamilton, MT 59840** | **Mountain Village Development LLC** | ☐ D _____<br>■ E/F __3.103__<br>☐ G _____ |
| 2.3 | **Craig Rostad** | **524 Arrow Hill Drive Hamilton, MT 59840** | **Rocky Mountain Bank** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Craig Rostad** | **524 Arrow Hill Drive Hamilton, MT 59840** | **Montana Department of Commerce** | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.5 | **Craig Rostad** | **524 Arrow Hill Drive Hamilton, MT 59840** | **Montana Department of Commerce** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jeremy Oury** | 235 Central Ave. Suite B Whitefish, MT 59937 | **Builders FirstSource** | ☐ D _____ ☑ E/F  **3.26** ☐ G _____ |
| 2.7 | **Jeremy Oury** | 235 Central Ave. Suite B Whitefish, MT 59937 | **Mountain Village Development LLC** | ☐ D _____ ☑ E/F  **3.103** ☐ G _____ |
| 2.8 | **Mike Turley** | PO Box 1319 Hamilton, MT 59840 | **Builders FirstSource** | ☐ D _____ ☑ E/F  **3.26** ☐ G _____ |
| 2.9 | **Mike Turley** | PO Box 1319 Hamilton, MT 59840 | **Mountain Village Development LLC** | ☐ D _____ ☑ E/F  **3.103** ☐ G _____ |
| 2.10 | **Terry Cleveland** | 136 Snowberry Street Hamilton, MT 59840 | **Builders FirstSource** | ☐ D _____ ☑ E/F  **3.26** ☐ G _____ |
| 2.11 | **Terry Cleveland** | 136 Snowberry Street Hamilton, MT 59840 | **Mountain Village Development LLC** | ☐ D _____ ☑ E/F  **3.103** ☐ G _____ |
| 2.12 | **Terry Cleveland** | 136 Snowberry Street Hamilton, MT 59840 | **Rocky Mountain Bank** | ☑ D  **2.11** ☐ E/F _____ ☐ G _____ |
| 2.13 | **Terry Cleveland** | 136 Snowberry Street Hamilton, MT 59840 | **Montana Department of Commerce** | ☐ D _____ ☑ E/F  **3.99** ☐ G _____ |

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|--------|----------------------------------|--------------------------|-------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|------------------------|------------------------|

| 2.14 | **Terry Cleveland** | **136 Snowberry Street**<br>**Hamilton, MT 59840** | **Montana Department of Commerce** | ■ D    __2.8__<br>☐ E/F _____<br>☐ G _____ |

---

| Fill in this information to identify the case: |
| --- |

Debtor name   **White River Contracting LLC**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   **9:20-bk-90251**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date**<br>**Subject to review and adjustment by accountant.** | ☐ Operating a business<br>   **Operating a Business - Net Income**<br>☑ Other  **($1,712,427.00)** | **$2,360,839.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019**<br>**Subject to review and adjustment by accountant.** | ☐ Operating a business<br>   **Operating a Business - Net Income**<br>☑ Other  **($2,864,657.00)** | **$12,222,870.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>   **Operating a Business - Net Income**<br>☑ Other  **$2,443,046.00** | **$21,556,534.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | | Case number *(if known)* **9:20-bk-90251** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Allied Benefit System Inc.** **200 West Adams Street** **Suite 500** **Chicago, IL 60606** | **Various dates 9/2020 - 11/2020** | $19,325.73 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.2. | **Browning Kaleczyc Berry & Hoven PC** **201 Railroad Street West** **#300** **Missoula, MT 59802** | **Various dates 9/2020 - 11/2020** | $21,451.58 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.3. | **Nelson Trucking LLC** **9777 Martin Luther King Jr Way South** **Seattle, WA 98118** | **Various dates 9/2020 - 11/2020** | $7,917.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.4. | **Granite Mountain Electric LLC** **101 Rampart Drive** **Butte, MT 59701** | **Various dates 9/2020 - 11/2020** | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.5. | **Quest Enterprises Inc.** **1269 Meridian Road #A** **Victor, MT 59875** | **Various dates 9/2020 - 11/2020** | $10,490.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **Sundance Plumbing & Heating** **357 Lupine Lane** **Butte, MT 59701** | **Various dates 9/2020 - 11/2020** | $15,509.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | **BMC** **7320 Expressway** **Missoula, MT 59808** | **Various dates 9/2020 - 11/2020** | $14,702.48 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. | **Kergos Construction LLC** **655 Chinook Road** **Broken Bow, OK 74728** | **Various dates 9/2020 - 11/2020** | $15,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.9. | **Western Drywall** **3903 Cheyenne Street** **Suite D** **Cheyenne, WY 82001** | **Various dates 9/2020 - 11/2020** | $13,150.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **White River Contracting LLC**                        Case number *(if known)* **9:20-bk-90251**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.10. **General One, Inc.**<br>**195 Sapphire Court**<br>**Whitefish, MT 59937** | **Various dates 9/2020 - 11/2020** | **$8,065.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **AZ Roofing**<br>**B Street**<br>**Butte, MT 59701** | **Various dates 9/2020 - 11/2020** | **$30,937.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | **Various dates 9/2020 - 11/2020** | **$11,500.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Various dates 9/2020 - 11/2020** | **$38,567.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Tax deposit** |
| 3.14. **Synchrony Bank / Conoco**<br>**PO Box 965018**<br>**Orlando, FL 32896** | **Various dates 9/2020 - 11/2020** | **$6,883.95** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Northwestern Energy**<br>**Butte, MT 59707** | **Various dates 9/2020 - 11/2020** | **$9,909.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **White River Contracting LLC** | | Case number *(if known)* **9:20-bk-90251** |
|---|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Komatsu America Corp.**<br>**8770 W. Bryn Mawr Ave.**<br>**Suite 100**<br>**Chicago, IL 60631** | **Komatsu Fork Lift 880431 TMT55ht,**<br>**H&E Equipment Gehl RS*-44 Teles Handler** | | $110,000.00 |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mountain Village Development LLC vs. White River Contracting et al.**<br>**DV-19-257** | **Breach of contract** | **Ravalli County District Court**<br>**Hamilton, MT 59840** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Rocky Mountain Bank vs. White River Contracting et al.**<br>**DV-19-391** | **Foreclosure / collection** | **Ravalli County District Court**<br>**Hamilton, MT 59840** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **American Express vs. White River Contracting**<br>**655581/2019** | **Collections** | **Supreme Court State of New York**<br>**New York, NY 10016** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Earth Elements Design Center vs. White River Contracting**<br>**DV-19-1361B** | **Breach of contract** | **Gallatin County District Court**<br>**615 South 16th Ave.**<br>**Bozeman, MT 59715** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Big Sky Insulation vs. White River Contracting**<br>**2019 CV 030835** | **Breach of contract** | **Larimer County District Court**<br>**Greeley, CO 80631** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Pro Build vs. White River Contracting et al.**<br>**DV-20-305** | **Breach of contract** | **Ravalli County District Court**<br>**Hamilton, MT 59840** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Cadwallader vs. White River Contracting**<br>**22-20-0284** | **Breach of contract** | **Fremont County District Court**<br>**Saint Anthony, ID 83445** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **ICON Group vs White River Contracting et al.**<br>**2019 CV 31048** | **Breach of contract** | **Larimer County District Court**<br>**Greeley, CO 80631** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | White River Contracting LLC | | Case number *(if known)* | **9:20-bk-90251** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **GCI Company vs. White River Contracting**<br>**2020 CV 30004** | **Breach of contract** | **Larimer County District Court**<br>**Greeley, CO 80631** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shimanek Law PLLC**<br>**317 East Spruce Street**<br>**Missoula, MT 59802** | **Attorney Fees (Received $21,717.00 - $3,000.00 was used for pre-petition fees and costs, $1717.00 was used for the Court Filing Fee, and $17,000.00 will be held in trust)** | **11/2/2020** | **$21,717.00** |
| | Email or website address<br>**matt@shimaneklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

---

| Debtor | White River Contracting LLC | Case number *(if known)* | 9:20-bk-90251 |

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Unknown 3rd Party | 1999 GMC 3500 Truck with poor transmission. | 2019/2020 | $1,500.00 |
| | Relationship to debtor None | | | |
| 13.2. | Unknown 3rd Party | 2015 GMC Sierra sold to eliminate payment, no cash proceeds. | 2019/2020 | $0.00 |
| | Relationship to debtor None | | | |
| 13.3. | Unknown 3rd Party | 2014 Chevorlet Silverado sold to eliminate payment, no cash proceeds. | 2019/2020 | $0.00 |
| | Relationship to debtor None | | | |
| 13.4. | Unknown 3rd Party | 2012 GMC Sierra sold to eliminate payment, no cash proceeds. | 2019/2020 | $0.00 |
| | Relationship to debtor None | | | |
| 13.5. | Unknown 3rd Party | 224 feet of lumber racks. | 2020 | $10,800.00 |
| | Relationship to debtor None | | | |
| 13.6. | 1978 LLC 1857 Highway 93 S. Hamilton, MT 59840 | Certain intellectual property related to Whisper Creek including but not limited to the internet site, domain names, unregistered trademarks, trade secrets etc. Transferred upon assumption by Buyer of liabilities associated with certain unfinished work contracts totaling approx $256,522.00 in liability. | 8/3/2020 | $0.00 |
| | Relationship to debtor None | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **White River Contracting LLC**                                      Case number *(if known)*  **9:20-bk-90251**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | Rocky Mountain Building Comp. 207 Lincoln Lane Hamilton, MT 59840 | Certain intellectual property related to Rocky Mountain Log Homes including but not limited to the internet site, domain names, unregistered trademarks, trade secrets etc. Transferred upon assumption by Buyer of liabilities associated with certain unfinished work contracts totaling approx $336,938.00 in liability. | 9/1/2020 | $0.00 |
| | Relationship to debtor None | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
  List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
  Is the debtor primarily engaged in offering services and facilities for:
  - diagnosing or treating injury, deformity, or disease, or
  - providing any surgical, psychiatric, drug treatment, or obstetric care?

  ☑ No. Go to Part 9.
  ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

  ☑ No.
  ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ☑ No. Go to Part 10.
  ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | White River Contracting LLC | Case number *(if known)* | 9:20-bk-90251 |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Morgan Haynes CPA**
**WIPFLI LLP**
**777 East Main**
**Suite 201**
**Bozeman, MT 59715** | **2016 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | **White River Contracting LLC** | | Case number *(if known)*  **9:20-bk-90251** |

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Craig Rostad** | **524 Arrow Hill Road Hamilton, MT 59840** | **Managing Member** | **56%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Terry Cleveland** | **136 Snowberry Street Hamilton, MT 59840** | **Member** | **34%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Turley** | **PO Box 1319 Hamilton, MT 59840** | **Member** | **5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeremy Oury** | **235 Central Ave. Suite B Whitefish, MT 59937** | **Member** | **5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Craig Rostad 524 Arrow Hill Drive Hamilton, MT 59840** | **Distributions $31,500.00 Payroll (Gross) $154,434.00** | **Various dates 11/2019 - 11/2020** | **Compensation for services** |
| | **Relationship to debtor Managing Member** | | | |
| 30.2. | **Terry Cleveland 136 Snowberry Street Hamilton, MT 59840** | **Distributions $3000.00 Payroll (Gross) $102,253.77** | **Various dates 11/2019 - 11/2020** | **Compensation for services** |
| | **Relationship to debtor Member** | | | |
| 30.3. | **Mike Turley PO Box 1319 Hamilton, MT 59840** | **Distributions $2000.00** | **Various dates 11/2019 - 11/2020** | |
| | **Relationship to debtor Member** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **White River Contracting LLC** | Case number *(if known)* | **9:20-bk-90251** |
|--------|------|------|------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2020**

**/s/ Craig Rostad**                                         **Craig Rostad**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Montana

In re    **White River Contracting LLC**          Case No.    **9:20-bk-90251**

Debtor(s)        Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 21,717.00 |
| Prior to the filing of this statement I have received | $ | 21,717.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2020**            **/s/ Matt Shimanek**

*Date*                                **Matt Shimanek**
                                   *Signature of Attorney*
                                   **Shimanek Law PLLC**
                                   **317 East Spruce Street**
                                   **Missoula, MT 59802**
                                   **406-544-8049**
                                   **matt@shimaneklaw.com**
                                   *Name of law firm*

# United States Bankruptcy Court
## District of Montana

In re    **White River Contracting LLC**                                    Case No.    **9:20-bk-90251**

Debtor(s)                                                Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Craig Rostad**<br>**524 Arrow Hill Drive**<br>**Hamilton, MT 59840** | | | **Member** |
| **Jeremy Oury**<br>**235 Central Ave.**<br>**Suite B**<br>**Whitefish, MT 59937** | | | **Member** |
| **Mike Turley**<br>**PO Box 1319**<br>**Hamilton, MT 59840** | | | **Member** |
| **Terry Cleveland**<br>**136 Snowberry Street**<br>**Hamilton, MT 59840** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 23, 2020**                    Signature    **/s/ Craig Rostad**

**Craig Rostad**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Montana

In re   **White River Contracting LLC**

Debtor(s)

Case No.   **9:20-bk-90251**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 23, 2020**

**/s/ Craig Rostad**

**Craig Rostad/Managing Member**
Signer/Title